# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANKLIN EDWARD SEEGERS,** | CIVIL NO. 1:18-CV-1343 |
| Petitioner | (Chief Judge Conner) |
| v. | |
| **WARDEN, USP ALLENWOOD,** | |
| Respondent | |

## **ORDER**

AND NOW, this 6th day of June, 2019, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DENIED.

2. Petitioner's motion (Doc. 11) for summary judgment is DISMISSED.

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania